RECEIVED

JAN 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Columbia | |
|---|---|---|
| Name (under which you were convicted): Mark Pugh | | Docket or Case No.: CR-97-153-01 PLF |
| Place of Confinement: FCI-Estill, P.O. Box 699 Estill, SC 29918 | | Prisoner No.: 21343-016 |
| UNITED STATES OF AMERICA | Mark Pugh | Movant (include name under which you were convicted) |
| | v. | |

CASE NUMBER 1:06CV00146
JUDGE: Paul L. Friedman
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 01/27/2006

**MOTION**

1. (a) Name and location of court that entered the judgment of conviction:
   U.S. District Court District of Colum

   (b) Criminal docket or case number (if you know): CR-97-153-01

2. (a) Date of the judgment of conviction (if you know): 9/15/97

   (b) Date of sentencing: 9/15/97

3. Length of sentence: 175 months

4. Nature of crime (all counts): 18 USC 922(g); 18 USC 922(o)

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐